135 A.3d 176

**Mr. Jason PARKER, Petitioner**

v.

**Municipal Court Judge Rayford A. MEANS, Respondent.**

**No. 32 EM 2016.**

Supreme Court of Pennsylvania.

April 20, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2016, the Application for Leave to File Original Process, the Petition for Writ of Habeas Corpus, and the Application for an Immediate Hearing are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (providing that hybrid representation is not permitted).

The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.